IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| JORGE LUIS GONZALEZ ARANDA, § § § | |
| Petitioner, § § | |
| v. § | CAUSE NO. EP-26-CV-563-KC |
| § § | |
| PAM BONDI et al., § § § | |
| Respondents. § | |

## ORDER

On this day, the Court considered the case. On February 26, 2026, Jorge Luis Gonzalez Aranda, a Cuban national subject to a final order of removal, filed a Petition for a Writ of Habeas Corpus, ECF No. 3. In answer to the Court's Show Cause Order, ECF No. 2, Respondents filed their Response, ECF No. 7, in opposition to Gonzalez Aranda's Petition.

Respondents argue that Gonzalez Aranda's continued detention is lawful because his "removal is, in fact, significant[ly] likely in the reasonably foreseeable future." *See* Resp. 1. In support, they attach the Declaration of Supervisory Detention and Deportation Officer Roberto Lopez ("Lopez Decl."), ECF No. 7-1. Lopez states that "[r]emoval to Cuba is evaluated on a 'case-by-case' basis" and that Gonzalez Aranda's "probability of removal" to Cuba "is low." *Id.* ¶ 5. Respondents have thus attempted to remove Gonzalez Aranda to Mexico. *See id.* ¶ 6. According to Lopez, Gonzalez Aranda requested removal to Mexico on November 20, 2025. *Id.* However, on December 8, when Respondents attempted to remove him via the CVNH program, he "declined to change into his assigned clothing and verbally expressed his refusal to be removed to Mexico." *Id.* On February 13, 2026, Gonzalez Aranda was transferred to Florence, Arizona for a second, unsuccessful, attempt at removal via CVNH. *See id.* Lopez states that

Gonzalez Aranda is scheduled for another attempt at removal to Mexico on March 9. *Id.* ¶¶ 6, 8–9. "If this attempt is unsuccessful, the Chicago Field Office will need to coordinate with Headquarters to identify a different third country for removal." *Id.* ¶ 8.

Given that Gonzalez Aranda's removal to Mexico, Cuba, or a third country would likely moot this Petition, the Court takes this matter under advisement pending additional information from Respondents.

Accordingly, the Court **ORDERS** that Respondents shall provide a status report **by no later than April 9, 2026**, detailing the following:

(1) whether Gonzalez Aranda was removed to Mexico and, if so, the date of his removal, and if not, the expected timeline for his removal to Mexico, and any obstacles;

(2) whether Headquarters has identified a third country, other than Mexico, for Gonzalez Aranda's removal, and if not, the expected timeline for identification;

(3) if a third country has been identified, whether a travel document request has been submitted to that country for Gonzalez Aranda, and if not, the expected timeline for submission; and

(4) if a travel document request has been submitted, the date it was submitted and the country's response or the expected timeline for a response.

**SO ORDERED**.

**SIGNED this 9th day of March, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE